IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KELVIN BROWN,** | ) | Civil Action No. 7:12-cv-00487 |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| v. | ) | |
| | ) | By:   Hon. Michael F. Urbanski |
| **GREGORY HOLLOWAY, et al.,** | ) | United States District Judge |
| | ) | |
| **Defendants.** | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that plaintiff's motion for a preliminary injunction (Docket No. 22) is **DENIED** without prejudice.

The Clerk of the Court is directed to send copies of this Order to plaintiff and counsel of record for the defendants.

Entered:  May 20, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge